## MICHAEL FEINBERG *v.* JOANNE FEINBERG

The defendant's petition for certification for appeal from the Appellate Court, 114 Conn. App. 589 (AC 26999), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the decision of the trial court ordering that the minor child should change schools and his place of primary residence?"

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18414.

*Steven D. Ecker,* in support of the petition.

Decided July 16, 2009

---

## STATE OF CONNECTICUT *v.* MARQUETTE TOWNS

The defendant's petition for certification for appeal from the Appellate Court, 114 Conn. App. 155 (AC 28223), is denied.

*Neal Cone,* senior assistant public defender, in support of the petition.

*Melissa L. Streeto,* assistant state's attorney, in opposition.

The defendant's petition for certification for appeal from the Appellate Court, 114 Conn. App. 738 (AC 29029), is denied.